UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REFLECTION CODE LLC,

        Plaintiff(s),                      Case No. 2:16-cv-12965-GAD-MKM

v.                                             Judge Gershwin A. Drain

JOHN SOULES FOODS, INC.,              Magistrate Judge Mona K. Majzoub

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, REFLECTION CODE LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 15, 2016                    s/ Eric A. Bean

                                                  P48676
                                                  Jackier Gould, P.C.
                                                  121 W. Long Lake Road, Suite 200
                                                  Bloomfield Hills, MI 48304
                                                  248-642-0500
                                                  ebean@jackiergould.com